UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

**FILED**
FEB 0 6 2007
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| SOFTWARE UNLIMITED, INC; THOMAS N. CHAPLIN; KATHY T. COUGHLIN; PAMELA J. DERHEIM; and SUI EMPLOYEE STOCK OWNERSHIP TRUST, | * | CIV 05-4067 |
| Plaintiffs, | * | JUDGMENT |
| -vs- | * | |
| SYBEN HOLDINGS, INC. and KENNETH R. FLANNERY, | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In accordance with the Memorandum Opinion and Order issued on November 6, 2006,

IT IS ORDERED, ADJUDGED and DECREED that Judgment is entered in favor of plaintiffs, Software Unlimited, Inc., Thomas N. Chaplin, Kathy T. Coughlin, Pamela J. Derheim, and SUI Employee Stock Ownership Trust, and against defendants, Syben Holdings, Inc. and Kenneth R. Flannery, for the agreed upon settlement amount of $25,000.

Dated this 6th day of February, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: *Shelly Margulies*
DEPUTY